**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Trai Ncog Nguyen,

      Plaintiff,

v.

D.S. Erickson & Associates, PLLC,

      Defendant.

Civ. No. 25-3339 (JWB/JFD)

**ORDER ON**
**MOTION FOR JUDGMENT**
**ON THE PLEADINGS**

---

Jeremy J. Cobb, Esq., Cobb Chaucer PLLC, counsel for Plaintiff.

M Gregory Simpson, Esq., Megan K. Seavey, Esq., and Timothy R. Schupp, Esq., Meagher & Geer, PLLP, counsel for Defendant.

---

Based on the files, records, and submissions in this case, and for the reasons stated at the April 29, 2026 hearing, **IT IS HEREBY ORDERED** that Defendant D.S. Erickson & Associates, PLLC's Motion for Judgment on the Pleadings (Doc. No. 12) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1.    Counts 1 and 3 of the Amended Complaint (Doc. No. 4) are **DISMISSED WITHOUT PREJUDICE**, except to the extent that the claims are premised on:

    a.    alleged service-related misrepresentations, including the affidavit of service and associated filings or representations; or

    b.    allegations relating to Defendant's characterization of Plaintiff's September 2024 letter as a "proper answer."

2.    Count 2 of the Amended Complaint is **DISMISSED WITHOUT**

**PREJUDICE**.

3.    Defendant's motion is otherwise **DENIED**.

Date: April 29, 2026                              *s/ Jerry W. Blackwell*
                                                  JERRY W. BLACKWELL
                                                  United States District Judge